```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    HELLEN DIMITROPOULOS,                                   :
                                                            :
                                    Plaintiff,              :   20 Civ. 8009 (LGS)
                                                            :
                    -against-                               :   ORDER
                                                            :
    COMMISSIONER OF SOCIAL SECURITY,                        :
                                                            :
                                    Defendant.              :
-------------------------------------------------------------:
                                                            X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Complaint in this matter was filed on September 28, 2020 (Dkt. No. 1). A summons for Defendant issued on October 2, 2020, and was returned executed on November 5, 2020 (Dkt. Nos. 11, 14). Defendant was required to answer, move or otherwise respond to the Complaint by November 23, 2020.

WHEREAS, Defendant has not appeared in this case and has not responded to the Complaint. It is hereby

**ORDERED** that by **December 16, 2020**, Defendant shall answer, move or otherwise respond to the Complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff and to Defendant.

Dated: December 2, 2020
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**