*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*

January 26, 2021

By CM/ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

    Re:    *Dimitropoulos vs. Saul, 1:20-cv-8009-LGS-RWL*

Dear Judge Lehrburger:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits. The Commissioner is to file a certified administrative record (CAR) by February 2, 2021. The undersigned respectfully requests a 60-day extension of this deadline to April 3, 2021, to file the CAR.

This is the Commissioner's first request for an extension of the deadline to file this certified administrative transcript. The extension is necessary because teleworking and other temporary workplace changes due to the COVID-19 pandemic have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affected its ability to prepare CARs, including obtaining transcriptions of hearing recordings from private contractors. Over the past few months, OAO has redesigned its business process to allow for a mostly virtual CAR preparation process, and has worked and continues to work to expand and improve this process. Although the current process has improved and increased CAR production, challenges remain, including rising court case filings, as well as staffing and processing problems with transcript typing service contractors. OAO asks for continued patience as it strives to resolve these issues.

Lastly, Plaintiff consents to the requested extension.

Thank you for Your Honor's consideration.

                                                Respectfully submitted,

                                                AUDREY STRAUSS
                                                United States Attorney

                    By:     <u>*Peter Jewett*</u>
                             Peter Jewett
                             Special Assistant United States Attorney
                             c/o Social Security Administration
                             Office of General Counsel
                             26 Federal Plaza, Room 3904
                             New York, NY 10278
                             Tel.: (212) 264-2436
                             Fax:  (212) 264-6372
                             Peter.jewett@ssa.gov

cc: Daniel Osborn, Esq.

SO ORDERED:
1/26/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE